UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN TAYLOR, on behalf of himself and all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:19 CV 1705 RWS |
| MURPHY OIL USA, INC., | ) ) | |
| Defendant. | ) | |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Murphy Oil USA, Inc. shall have summary judgment in this matter and that the claim of Plaintiff John Taylor is **DISMISSED** with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of January, 2020.